IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Johnson, Tanya M | Case Number:  07 B 16404 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/24/09 | Filed:  9/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 12, 2009
Confirmed: December 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 790.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 743.78 |
| Trustee Fee: | | 46.22 |
| Other Funds: | | 0.00 |
| Totals: | 790.00 | 790.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 743.78 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 129.27 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 87.73 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 127.20 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 61.27 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 223.86 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 332.81 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 32.26 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 28.79 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 12.17 | 0.00 |
| 11. | Nicor Gas | Unsecured | 55.27 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 573.30 | 0.00 |
| 13. | B-Real LLC | Unsecured | 15.70 | 0.00 |
| 14. | B-Real LLC | Unsecured | 69.00 | 0.00 |
| 15. | Wheels Of Chicago | Secured | | No Claim Filed |
| 16. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 23. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 24. | Unique National Collection | Unsecured | | No Claim Filed |
| | | | $ 5,222.63 | $ 743.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Tanya M | Case Number: 07 B 16404 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 9/10/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 26.68 |
| 6.6% | 19.54 |
| | $ 46.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*